```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Greene,

                Plaintiff,

       –v–

Buddakan NY LP, *et al.*,

                Defendants.

21-cv-5348 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received Defendants' response to its August 25, 2021 Order. Dkt. Nos. 18, 19. The Court ORDERS that docket entry number 14 be stricken from the record.

    SO ORDERED.

Dated: September 1, 2021
       New York, New York

                                                      _____
                                                        ALISON J. NATHAN
                                                      United States District Judge