UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022

Greene,

        Plaintiff,

—v—

Buddakan NY LP et al.,

        Defendants.

21-cv-5348 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On October 12, 2021, the Court stayed this action pending arbitration. Dkt. No. 27. The parties are ordered to submit a status update to the Court by March 1, 2022.

SO ORDERED.

Dated: February 18, 2022
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

1