USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/11/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIN GREENE,

                Plaintiff,

        v.

BUDDAKAN NY LP, STARR RESTAURANT ORGANIZATION, LP, AND BRANDON WERGELES,

                Defendants.

No. 21-CV-5348 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    This case has been reassigned to me for all purposes. Consistent with Judge Nathan's order of March 2, 2022, the parties shall file a status update within two weeks of the conclusion of the arbitration proceedings in this case.

SO ORDERED.

Dated: April 11, 2022
New York, New York

                                                      _____
                                                      Hon. Ronnie Abrams
                                                      United States District Judge