```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIN GREENE,

                Plaintiff,

      v.

BUDDAKAN NY LP, STARR RESTAURANT ORGANIZATION, LP, AND BRANDON WERGELES,

                Defendants.

No. 21-CV-5348 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 2, 2022, the Court stayed this action pending arbitration. On April 11, 2022, the Court ordered the parties to file a status update within two weeks of the conclusion of arbitration proceedings. In light of the parties' March 1, 2022 letter informing the Court they planned to hold arbitration proceedings on August 8-11, 2022, the Court hereby orders the parties to submit a status update by September 20, 2022.

SO ORDERED.

Dated:   September 13, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge